1  LAUREN GALLO WHITE, State Bar No. 309075
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   One Market Plaza
3  Spear Tower, Suite 3300
   San Francisco, CA 94105
4  Telephone:   (415) 947-2000
   Facsimile:    (415) 947-2099
5  Email:  lwhite@wsgr.com

6  Attorneys for Defendant
   GOOGLE LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | AMBASSADOR MARC GINSBERG and      )  CASE NO.: 5:21-CV-00570-BLF
   | COALITION FOR A SAFER WEB,        )
13 |                                   )  **NOTICE OF APPEARANCE OF**
   |                                   )  **LAUREN GALLO WHITE FOR**
14 |           Plaintiffs,             )  **DEFENDANT GOOGLE LLC**
   |                                   )
15 |     v.                            )
   |                                   )
16 | GOOGLE INC.,                      )
   |                                   )  Judge Beth Labson Freeman
17 |           Defendant.              )
   |                                   )
18 |_____)

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that the following attorney shall now appear in this action on
3  behalf of Defendant GOOGLE LLC and is authorized to receive service of all pleadings, notices,
4  orders, and other papers in this action.

6  Dated: March 10, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Lauren Gallo White*
     Lauren Gallo White
     lwhite@wsgr.com

*Attorneys for Defendant*
GOOGLE LLC