LAUREN GALLO WHITE, State Bar No. 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:   (415) 947-2000
Facsimile:   (415) 947-2099
Email:  lwhite@wsgr.com

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>         Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>         Defendant. | CASE NO.: 5:21-CV-00570-BLF<br><br>**DEFENDANT GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge Beth Labson Freeman |

Pursuant to Federal Rule of Civil Procedure 7.1, Google LLC discloses the following:

1. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: March 10, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Lauren Gallo White*
         Lauren Gallo White
         lwhite@wsgr.com

*Attorneys for Defendant*
GOOGLE LLC