1  LAUREN GALLO WHITE, State Bar No. 309075
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   One Market Plaza
3  Spear Tower, Suite 3300
   San Francisco, CA 94105
4  Telephone:    (415) 947-2000
   Facsimile:    (415) 947-2099
5  Email:  lwhite@wsgr.com

6  Attorneys for Defendant
   GOOGLE LLC
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12 | AMBASSADOR MARC GINSBERG and  ) CASE NO.: 5:21-CV-00570-BLF
   | COALITION FOR A SAFER WEB,    )
13 |                               ) **STIPULATION ENLARGING TIME**
   |                               ) **TO RESPOND TO THE**
14 |        Plaintiffs,             ) **COMPLAINT**
   |                               )
15 |    v.                          )
   |                               ) Civil Local Rule 6-1(a)
16 | GOOGLE INC.,                   )
   |                               ) Judge Beth Labson Freeman
17 |        Defendant.              )
   |                               )
18 |_____)

Under Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, Plaintiffs, Ambassador Marc Ginsberg and Coalition for a Safer Web and Defendant Google LLC, stipulate to enlarge the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint. Defendant's response shall be due on or before April 25, 2021.

Dated:  March 10, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Lauren Gallo White*
        Lauren Gallo White
        lwhite@wsgr.com

*Attorneys for Defendant*
GOOGLE LLC

Dated:  March 10, 2021

LENTO LAW GROUP P.C.

By:   */s/ Keith Altman*
        Keith Altman
        kaltman@lentolawgroup.com

*Attorneys for Plaintiffs*
AMBASSADOR MARC GINSBERG and
COALITION FOR A SAFER WEB

**SIGNATURE ATTESTATION**

I, Lauren Gallo White, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this e-filed document.

By:   */s/ Lauren Gallo White*
        Lauren Gallo White