1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 5:21-CV-00570-BLF<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Before: Hon. Beth Labson Freeman<br>Courtroom: 3<br>Hearing Date: October 7, 2021<br>Time: 9:00AM |

1  The Court, having considered Defendant Google LLC's (erroneously sued as Google Inc.)
2  Notice of Motion and Motion to Dismiss Plaintiffs' Complaint, and any other information and
3  argument before this Court, IT IS HEREBY ORDERED that Google LLC's Motion to Dismiss
4  Plaintiffs' Complaint is GRANTED WITH PREJUDICE.

Dated: _____

_____
The Honorable Beth Labson Freeman
United States District Court Judge