# Exhibit C

# User Generated Content

User-generated content (UGC) is content that users contribute to an app, and which is visible to or accessible by at least a subset of the app's users.

Apps that contain or feature UGC must:

- require that users accept the app's terms of use and/or user policy before users can create or upload UGC;
- define objectionable content and behaviors (in a way that complies with Play's Developer Program Policies), and prohibit them in the app's terms of use or user policies;
- implement robust, effective and ongoing UGC moderation, as is reasonable and consistent with the type of UGC hosted by the app
  - In the case of live-streaming apps, objectionable UGC must be removed as close to real-time as reasonably possible;
  - In the case of augmented reality (AR) apps, UGC moderation (including the in-app reporting system) must account for both objectionable AR UGC (e.g. a sexually explicit AR image) and sensitive AR anchoring location (e.g. AR content anchored to a restricted area, such as a military base, or a private property where AR anchoring may cause issues for the property owner);
- provide a user-friendly, in-app system for reporting objectionable UGC and take action against that UGC where appropriate;
- remove or block abusive users who violate the app's terms of use and/or user policy;
- provide safeguards to prevent in-app monetization from encouraging objectionable user behavior.

Apps whose primary purpose is featuring objectionable UGC will be removed from Google Play. Similarly, apps that end up being used primarily for hosting objectionable UGC, or that develop a reputation among users of being a place where such content thrives, will also be removed from Google Play.

Examples of common violations

Give feedback about this article

Was this helpful? Yes No

## Need more help?

Try these next steps:

**Contact us**
Tell us more and we'll help you get there

Restricted Content

- Child Endangerment
- Inappropriate Content
- Financial Services
- Real-Money Gambling, Games, and Contests
- Illegal Activities
- **User Generated Content**
- Unapproved Substances

©2021 Google - Privacy Policy - Terms of Service
English

