LAUREN GALLO WHITE, State Bar No. 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:   (415) 947-2000
Facsimile:   (415) 947-2099
Email:  lwhite@wsgr.com

MENG JIA YANG, State Bar No. 311859
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:  mjyang@wsgr.com

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | CASE NO.: 5:21-CV-00570-BLF<br><br>**NOTICE OF APPEARANCE OF MENG JIA YANG FOR DEFENDANT GOOGLE LLC**<br><br>Judge Beth Labson Freeman |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear in this action on behalf of Defendant GOOGLE LLC and is authorized to receive service of all pleadings, notices, orders, and other papers in this action.

Dated: June 14, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Meng Jia Yang*
       Meng Jia Yang
       mjyang@wsgr.com

*Attorneys for Defendant*
GOOGLE LLC