# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| MARC GINSBERG, et al., | Case No. 21-cv-00570-BLF |
|---|---|
| Plaintiffs, | |
| v. | **ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING SET FOR OCTOBER 7, 2021** |
| GOOGLE INC., | |
| Defendant. | [Re: ECF 14] |

The Motion to Dismiss filed by Defendant and set for hearing on October 7, 2021 is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). The hearing set for October 7, 2021 is VACATED.

**IT IS SO ORDERED.**

Dated: June 16, 2021

_____
BETH LABSON FREEMAN
United States District Judge