1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

15 | AMBASSADOR MARC GINSBERG and ) CASE NO.: 5:21-CV-00570-BLF
COALITION FOR A SAFER WEB, )
16 )  **[PROPOSED]**
)  **ORDER GRANTING GOOGLE**
17 |      Plaintiffs, )  **LLC'S MOTION TO DISMISS**
)  **FIRST AMENDED COMPLAINT**
18 |   v. )
)
19 | GOOGLE LLC, ) Date: December 16, 2021
) Time: 9:00AM
20 |      Defendant. ) Place: Courtroom 3, 5th Floor
) Before: Judge Beth Labson Freeman

21
22
23
24
25
26
27
28

[PROPOSED] ORDER                              CASE NO.: 5:21-CV-00570-BLF

1  The Court, having considered Defendant Google LLC's Notice of Motion and Motion to
2 Dismiss Plaintiffs' First Amended Complaint, and any other information and argument before
3 this Court, IT IS HEREBY ORDERED that Google LLC's Motion to Dismiss Plaintiffs' First
4 Amended Complaint is GRANTED WITHOUT LEAVE TO AMEND.
5  IT IS SO ORDERED.

7 Dated: _____
        The Honorable Beth Labson Freeman
8       United States District Court Judge