LAUREN GALLO WHITE, State Bar No. 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:   (415) 947-2000
Facsimile:    (415) 947-2099
Email:  lwhite@wsgr.com

MENG JIA YANG, State Bar No. 311859
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100
Email:  mjyang@wsgr.com

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 5:21-CV-00570-BLF<br><br>**DECLARATION OF MENG JIA YANG IN SUPPORT OF GOOGLE LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:      December 16, 2021<br>Time:      9:00AM<br>Place:     Courtroom 3, 5th Floor<br>Before:    Judge Beth Labson Freeman |
|---|---|

I, Meng Jia Yang, declare and state as follows:

1. I am an attorney at the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant Google LLC in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a redline comparison document showing the changes or differences between the original complaint, ECF No. 1, and the corrected First Amended Complaint, ECF No. 19.

3. Attached hereto as Exhibit 2 is a true and correct copy of the letter sent by Lauren Gallo White, who represents Google LLC, to Keith Altman, who represents Plaintiffs, dated March 26, 2021, which previewed the defenses that Google LLC intended to raise in its motion to dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed 13th day of July, 2021 at Vancouver, British Columbia.

By: ___*/s/ Meng Jia Yang*___
  Meng Jia Yang
  mjyang@wsgr.com

DECLARATION OF MENG JIA YANG IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT   -1-   CASE NO.: 5:21-CV-00570-BLF

## SIGNATURE ATTESTATION

I, Lauren Gallo White, hereby attest that all other signatory listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this e-filed document.

By: _/s/ Lauren Gallo White_
Lauren Gallo White