1   LAUREN GALLO WHITE, State Bar No. 309075
    WILSON SONSINI GOODRICH & ROSATI
2   Professional Corporation
    One Market Plaza
3   Spear Tower, Suite 3300
    San Francisco, CA 94105
4   Telephone:    (415) 947-2000
    Facsimile:    (415) 947-2099
5   Email:  lwhite@wsgr.com

6   MENG JIA YANG, State Bar No. 311859
    WILSON SONSINI GOODRICH & ROSATI
7   Professional Corporation
    650 Page Mill Road
8   Palo Alto, CA 94304-1050
    Telephone:    (650) 493-9300
9   Facsimile:    (650) 565-5100
    Email:  mjyang@wsgr.com
10
    Attorneys for Defendant
11  GOOGLE LLC

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN JOSE DIVISION
15

16  AMBASSADOR MARC GINSBERG and          )   CASE NO.:  5:21-CV-00570-BLF
    COALITION FOR A SAFER WEB,            )
17                                         )   **JOINT STIPULATION AND
                                           )   [PROPOSED] ORDER TO EXTEND
18              Plaintiffs,                )   TIME TO FILE OPPOSITION TO
                                           )   MOTION TO DISMISS FIRST
19         v.                              )   AMENDED COMPLAINT AND
                                           )   TIME TO FILE REPLY**
20  GOOGLE LLC,                            )
                                           )
21              Defendant.                 )
                                           )   Judge Beth Labson Freeman
22                                         )
                                           )
23  _____   )

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]              -1-              CASE NO.:  5:21-CV-00570-BLF
ORDER TO EXTEND TIME

1

## JOINT STIPULATION

2       Plaintiffs Marc Ginsberg and the Coalition for a Safer Web (collectively, "Plaintiffs"),

3  and Defendant Google LLC, erroneously sued as Google Inc. ("Google"), jointly submit this

4  Stipulation to extend (1) Plaintiffs' deadline to oppose Google's motion to dismiss the First

5  Amended Complaint("FAC"); and (2) Google's deadline to file a reply in support of its motion

6  to dismiss:

7       WHEREAS, Plaintiffs filed their complaint on January 25, 2021;

8       WHEREAS, Google filed a motion to dismiss the complaint (ECF 14);

9       WHEREAS, pursuant to the stipulation of the parties (ECF 15) granted by this Court (ECF

10  16), Plaintiffs' deadline to submit an opposition to Google's motion to dismiss was June 7, 2021;

11      WHEREAS, in lieu of filing an opposition to Google's motion to dismiss, Plaintiffs filed

12  their FAC on June 8, 2021 (ECF 17) and a corrected FAC on June 11, 2021 (ECF 19);

13      WHEREAS, pursuant to the stipulation of the parties (ECF 18) granted by this Court (ECF

14  21), Google's deadline to respond to the FAC was July 13, 2021;

15      WHEREAS, Google filed a motion to dismiss the FAC (ECF 23) on July 13, 2021;

16      WHEREAS, pursuant to Local Rule 7-3, Plaintiffs' deadline to oppose the motion to

17  dismiss is July 27, 2021 and Google's deadline to file a reply is August 3, 2021;

18      WHEREAS, Plaintiffs' counsel and Google's counsel have agreed to an extension of

19  Plaintiffs' deadline to oppose the motion to dismiss to September 13, 2021 and an extension of

20  Google's deadline to file a reply to November 15, 2021;

21      WHEREAS, the parties submit that this extension is appropriate in light of the hearing

22  date set for the motion to dismiss the FAC of December 16, 2021; the extended briefing timeline

23  will not cause undue delay and will allow both parties to account for relevant authorities issued

24  between the filing of Google's motion to dismiss and the December 16 hearing;

25      THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval,

26  to the following:

27      1.      Plaintiffs' deadline to oppose the motion to dismiss shall be extended from July

28              27, 2021 to September 13, 2021;

JOINT STIPULATION AND [P~~ROPOSED~~]         -2-         CASE NO.:  5:21-CV-00570-BLF
ORDER TO EXTEND TIME

1        2.    Google's deadline to file a reply shall be extended from August 3, 2021 to

2            November 15, 2021.

3                                Respectfully submitted,

4    Dated:  July 13, 2021             WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

5

6                                By:    */s/ Meng Jia Yang*
                                        Meng Jia Yang

7                                            mjyang@wsgr.com

8                                *Attorneys for Defendant*
                            GOOGLE LLC

9

10   Dated:  July 13, 2021             THE LAW OFFICE OF KEITH ALTMAN

11                               By:    */s/ Keith Altman*

12                                           Keith Altman
                                        kaltman@lawampmmt.com

13

14                               *Attorneys for Plaintiffs*
                            AMBASSADOR MARC GINSBERG and
                            COALITION FOR A SAFER WEB

15

16                          **SIGNATURE ATTESTATION**

17       I, Meng Jia Yang, hereby attest that all other signatories listed, and on whose behalf the

18   filing is submitted, concur in the filing's content and have authorized the filing of this e-filed

19   document.

20                          By:    */s/ Meng Jia Yang*
                                Meng Jia Yang

21

22

23   PURSUANT TO STIPULATION, IT IS SO ORDERED

24

25   Dated:   July 15, 2021

26                               Honorable Beth Labson Freeman
                            United States District Court Judge

27

28