United States District Court
Northern District of California

1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 MARC GINSBERG, et al.,                      Case No.  21-cv-00570-BLF

8          Plaintiffs,

9      v.                                     **ORDER GRANTING PLAINTIFFS'
                                              MOTION REQUESTING
10 GOOGLE INC.,                               EMERGENCY CONTINUANCE;
                                              STAYING CASE THROUGH
11          Defendant.                        SEPTEMBER 10, 2021; AND
                                              REQUESTING STATUS REPORT BY
12                                            SEPTEMBER 10, 2021**

13                                            [Re:  ECF 26]

14

15          On August 26, 2021, Plaintiffs filed a Motion Requesting Emergency Continuance of all

16 dates and deadlines due to their counsel's medical condition.  Plaintiffs did not specify the

17 duration of the requested continuance.  Defendant has not filed a response.

18          Plaintiffs' motion is GRANTED.  This case is STAYED for thirty days, through

19 September 10, 2021.  Plaintiffs SHALL file a status report by September 10, 2021.  If Plaintiffs

20 find it necessary to request a further stay of the case, they may file a stipulated request for further

21 stay with agreement of Defendant or, if that is not possible, a motion for further stay.

22          **IT IS SO ORDERED.**

23

24 Dated:  August 11, 2021

25                                            _____
                                              BETH LABSON FREEMAN
26                                            United States District Judge

27

28