UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARC GINSBERG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No.  21-cv-00570-BLF<br><br>**ORDER EXTENDING STAY THROUGH OCTOBER 14, 2021**<br><br>[Re:  ECF 28, 29] |

    The Court previously granted Plaintiffs' request to stay this action through September 10, 2021 due to their counsel's health issues.  *See* Order Granting Stay, ECF 27.  On September 9, 2021, Plaintiffs filed a status report stating that their counsel continues to suffer from serious health issues and requesting an extension of the stay.  Plaintiffs also state that this case may be impacted by three appeals pending before the United States Court of Appeals for the Ninth Circuit, and suggest that it would be appropriate to stay this case pending the decisions in those cases.  Defendant filed a response on September 10, 2021, advising that Defendant does not object to an extension of the stay, but does object to an open-ended stay.

    Based on Plaintiffs' representation regarding their counsel's health issues, the Court will extend the stay an additional thirty days through October 14, 2021.

    To the extent Plaintiffs seek a stay pending decision on one or more Ninth Circuit appeals, Plaintiffs must file a noticed motion demonstrating that such a stay is warranted under applicable legal standards.  Pursuant to this Court's Standing Order on Civil Cases, the briefing on motions to stay is limited to 10 pages for the motion, 10 pages for the opposition, and 5 pages for the reply.

    **IT IS SO ORDERED.**

Dated:  September 14, 2021

BETH LABSON FREEMAN
United States District Judge