# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARC GINSBERG, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant. | Case No. 21-cv-00570-BLF<br><br>**ORDER REQUESTING STATUS REPORT BY OCTOBER 29, 2021** |

The Court has granted two requests to stay this case due to the health of Plaintiffs' counsel. The last stay expired on October 14, 2021. The Court requests that Plaintiffs file a status report by October 29, 2021. Plaintiffs shall propose a briefing schedule for Defendant's motion to dismiss, which was filed on July 13, 2021 and is set for hearing on December 16, 2021.

**IT IS SO ORDERED.**

Dated: October 22, 2021

_____
BETH LABSON FREEMAN
United States District Judge