Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (516) 456-5885
keithaltman@kaltmanlaw.com
*Attorneys For Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC., <br><br> Defendant. | CASE NO.: 5:21-cv-00570-BLF <br><br> **PLAINTIFFS' STATUS REPORT** <br><br> Judge Beth Labson Freeman |

Plaintiffs Ambassador Marc Ginsberg and Coalition for a Safer Web, pursuant to the October 22, 2021, Order of this Honorable Court (*See* Dkt. 31), by and through their counsel Keith Altman, submit to this Status Report and state as follows:

1. The undersigned attorney continues to suffer from serious health problems that substantially impact his vision and ability to comply with litigation deadlines in the present case. This condition has worsened since the last update to the point that reading is now a challenge. Accommodations are underway.

2. As a result of these serious health problems, the undersigned attorney has been unable to make significant progress towards Plaintiffs' litigation goals. However, Plaintiffs intend to file their Opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint before November 5, 2021.

3. It remains Plaintiffs' hope that this Court will grant a continuance to the current postponement of all conferences, hearings, and trial dates, as well as extend deadlines for discovery and all other pre-trial deadlines until after *Taamneh v. Twitter, et al.*, No. 18-17192, *Gonzalez v. Twitter, et al.,* No. 18-16700, and *Clayborn v. Twitter, et al.*, No. 19-15043 have been decided.

Dated:  October 29, 2021         Respectfully submitted,

/s/ Keith Altman
Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (516) 456-5885
keithaltman@kaltmanlaw.com
*Attorney For Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, I served the foregoing document on all Defendants of record via electronic filing:

By: */s/ Keith Altman*
Keith Altman