# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARC GINSBERG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 21-cv-00570-BLF<br><br>**ORDER RE PLAINTIFFS' STATUS REPORT FILED OCTOBER 29, 2021; AND SETTING BRIEFING SCHEDULE RE DEFENDANT'S MOTION TO DISMISS**<br><br>[Re: ECF 32] |

On October 29, 2021, Plaintiffs filed a Status Report indicating that Plaintiffs will file an opposition to Defendant's pending motion to dismiss by November 5, 2021. *See* Status Report, ECF 32  Accordingly, the Court sets the following briefing schedule on Defendant's motion:

| | |
|---|---|
| Defendant's motion to dismiss: | filed July 13, 2021 |
| Plaintiffs' opposition: | due November 5, 2021 |
| Defendant's reply: | due November 12, 2021 |
| Hearing: | remains set on December 16, 2021 at 9:00 a.m. |

Plaintiffs express the hope that the Court will stay all dates and deadlines pending the Ninth Circuit's appellate decisions in three cases identified by Plaintiffs. *See* Status Report at 2. As the Court previously advised Plaintiffs, "To the extent Plaintiffs seek a stay pending decision on one or more Ninth Circuit appeals, Plaintiffs must file a noticed motion demonstrating that such a stay is warranted under applicable legal standards." Order Extending Stay, ECF 30. Because Plaintiffs have not filed a noticed motion for stay, the issue of a stay is not properly before the Court.

**IT IS SO ORDERED.**

Dated: November 1, 2021

_____
BETH LABSON FREEMAN
United States District Judge