# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARC GINSBERG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 21-cv-00570-BLF <br><br> **ORDER CAUTIONING PARTIES TO COMPLY WITH THIS COURT'S STANDING ORDERS** <br><br> [Re: ECF 34] |

Plaintiffs' opposition to Defendant's motion to dismiss violates this Court's Standing Order Re Civil Cases, which requires that "[a]ll written text, including footnotes and quotations, shall be no less than 12-point type and shall be double-spaced." Standing Order Re Civil Cases ¶ IV.E. The Court will accept Plaintiffs' opposition in this particular instance. However, the parties are cautioned that going forward, failure to comply with this Court's standing orders may result in the non-compliant document being stricken.

**IT IS SO ORDERED.**

Dated: November 2, 2021

_____
BETH LABSON FREEMAN
United States District Judge