Keith Altman (SBN 257309)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiffs*

Meng Jia Yang (SBN 311859)
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
mjyang@wsgr.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　**Defendant**. | 5:21-CV-00570-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Judge Beth Labson Freeman |

Plaintiffs Marc Ginsberg and the Coalition for a Safer Web (collectively, "Plaintiffs"), and Defendant Google LLC, erroneously sued as Google Inc. ("Google"), jointly submit this stipulation to continue the hearing on Google's Motion to Dismiss First Amended Complaint currently set for December 16, 2021, at 09:00 AM (ECF 39).

WHEREAS, on January 25, 2021, Plaintiffs filed their Complaint (ECF 1).

WHEREAS, on June 8, 2021, Plaintiffs filed a First Amended Complaint in lieu of filing an opposition to Google's Motion to Dismiss (ECF 19).

WHEREAS, on July 13, 2021, Defendant filed a Motion to Dismiss the First Amended Complaint (ECF 23).

WHEREAS, on August 11, 2021, in response to Plaintiffs' motion requesting an emergency continuance (ECF 26), the Court stayed the case for 30 days (to September 10, 2021) based on Plaintiff's counsel's health emergency.

WHEREAS, on September 14, 2021, the Court issued an order (ECF 30) extending the stay in this case through October 14, 2021.

When the stay ended, the Parties resumed the briefing schedule related to Google's Motion to Dismiss.

WHEREAS, on November 2, 2021, Plaintiffs filed their Opposition to Google's Motion to Dismiss (ECF 38).

WHEREAS, on November 19, 2021, Defendant filed its Reply to the Motion to Dismiss (ECF 38).

WHEREAS, on December 8, 2021, this Court confirmed the hearing on Google's Motion to Dismiss for December 16, 2021 at 09:00 AM (ECF 39).

WHEREAS, in response to Plaintiffs' request, Defendants consented to a joint stipulation to continue the currently set hearing on Google's Motion to Dismiss First Amended Complaint based upon the following circumstances.

1. As known to this Court and defense counsel, since the filing of the Complaint, Plaintiff's Counsel, Keith Altman, has been battling severe health issues impacting his vision. The onset was very quick. His condition worsened over just a few months. He is now legally blind.

2. In his pursuit of tools to help accommodate his situation, Keith Altman has an appointment at the University of Michigan Low-Level Vision Clinic on December 16th. This is the same date as the currently set hearing. These appointments are very difficult to get. It is anticipated that this appointment could last most of the day.

WHEREAS, the Parties understand that the Court's calendar is booked through March 2022. Therefore, we ask this Court to reschedule this hearing to the next available date.

WHEREAS, no Party will be prejudiced by this delay.

THE PARTIES HEREBY STIPULATE AND AGREE that, subject to the Court's approval, the hearing on Google's Motion to Dismiss First Amended Complaint currently set for December 16, 2021, at 09:00 AM be continued to a date to be scheduled by the Court.

Respectfully submitted,

Dated: December 10, 2021          Law Office Of Keith Altman

                                  By: /s/ Keith Altman

|     |                                  |
| --- | -------------------------------- |
|     | Keith Altman                     |
|     | *Attorney for Plaintiff*         |

Dated: December 10, 2021          Wilson Sonsini Goodrich & Rosati

By: /s/ Meng Jia Yang
Meng Jia Yang
*Attorneys For Defendant*

## SIGNATURE ATTESTATION

I, Keith Altman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing of this e-filed document.

By: /s/ Keith Altman
Keith Altman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December __, 2021          _____
Honorable Beth Labson Freeman
United States District Court Judge