**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARC GINSBERG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 21-cv-00570-BLF <br><br> **ORDER GRANTING PARTIES' STIPULATED REQUEST TO CONTINUE HEARING ON MOTION TO DISMISS; AND CONTINUING HEARING FROM DECEMBER 16, 2021 TO JANUARY 13, 2022** <br><br> [Re: ECF 40] |

The parties' stipulated request to continue the hearing on Defendant's motion to dismiss, currently set for December 16, 2021, is GRANTED. The hearing IS CONTINUED from December 16, 2021 at 9:00 a.m. to January 13, 2022 at 9:00 a.m. The hearing will be via Zoom.

If the parties are unable to appear on January 13, 2022, the Court will take the motion under submission without oral argument.

**IT IS SO ORDERED.**

Dated: December 10, 2021

_____
BETH LABSON FREEMAN
United States District Judge