Keith Altman (SBN 257309)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,** | 5:21-CV-00570-BLF |
| Plaintiffs, | **LIST OF REQUESTED CASES** |
| v. | Judge Beth Labson Freeman |
| **GOOGLE LLC,** | |
| Defendant. | |

Plaintiff hereby submits the following list of cases requested by the Court during the January 13, 2022, hearing in this case.

*Coffee v. Google, LLC*, No. 20-cv-03901-BLF, 2021 U.S. Dist. LEXIS 26750 (N.D. Cal. Feb. 10, 2021)

*Hawkins v. Kroger Co.*, 906 F.3d 763, 768 (9th Cir. 2018)

*Johnson v. Mitsubishi Digital Elecs. Am., Inc.*, 365 F. App'x 830, 832 (9th Cir. 2010)

Respectfully submitted,

Dated: January 21, 2021                     Law Office of Keith Altman

                                                    By: /s/ Keith Altman
                                                    Keith Altman
                                                    *Attorney for Plaintiff*

## SIGNATURE ATTESTATION

I, Keith Altman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing of this e-filed document.

                                                    By: /s/ Keith Altman
                                                    Keith Altman