# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 21-cv-00570-BLF<br><br>**JUDGMENT** |

Plaintiffs' first amended complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiffs take nothing by this action and that

Judgment is entered for Defendant Google Inc. and against Plaintiffs Ambassador Marc Ginsberg and Coalition For A Safer Web.

Dated: February 18, 2022

_____
BETH LABSON FREEMAN
United States District Judge