| | |
|---|---|
| 1 | LAUREN GALLO WHITE, State Bar No. 309075 |
| 2 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 3 | One Market Plaza<br>Spear Tower, Suite 3300 |
| 4 | San Francisco, CA 94105<br>Telephone:  (415) 947-2000 |
| 5 | Facsimile:  (415) 947-2099<br>Email:  lwhite@wsgr.com |
| 6 | Attorneys for Defendant |
| 7 | GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB, | ) ) | CASE NO.: 5:21-CV-00570-BLF |
| Plaintiffs, | ) ) ) | **DEFENDANT GOOGLE LLC'S NOTICE OF CHANGE IN COUNSEL** |
| v. | ) ) | |
| GOOGLE LLC, | ) ) | Hon. Beth Labson Freeman |
| Defendant. | ) ) ) ) ) ) | |

1  Pursuant to Civil L.R. 5-1(c)(2)(C), Defendant Google LLC ("Defendant") provides
2  notice that Meng Jia Yang, who has appeared as counsel of record for Defendant in this matter,
3  has ceased to be involved as counsel in this case. Ms. Yang is no longer affiliated with the law
4  firm of Wilson Sonsini Goodrich & Rosati, P.C. Defendant respectfully request that the ECF
5  Notifications for this action be updated accordingly to remove Ms. Yang.
6  All other attorneys for Wilson Sonsini Goodrich & Rosati, P.C., as listed on the caption
7  page, will continue to represent Defendant. Accordingly, the withdrawal of Ms. Yang from this
8  matter will impose no delay of the case or prejudice any party.

Respectfully submitted

Dated: March 22, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Lauren Gallo White
     Lauren Gallo White
     lwhite@wsgr.com

*Attorneys for Defendant*
GOOGLE LLC